JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>             Plaintiffs,<br><br>     vs.<br><br>PIMA CORPORATION, a California corporation; BIJAN PIROUZ, an individual;<br><br>             Defendants. | CASE NO.: CV 14-9557 DMG (JCx)<br><br>**JUDGMENT [22]** |

1

This action having been commenced on December 12, 2014, and the Court having approved the stipulation for entry of judgment in favor of Plaintiffs and against Defendants, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Plumbers and Pipefitters National Pension Fund and Trustees of the International Training Fund shall recover from defendants Pima Corporation and Bijan Pirouz, jointly and severally, the principal amount of $115,000.00, together with pre-judgment and post-judgment interest thereon at the rate of 8% per annum from January 1, 2015, until paid in full.

The Order to Show Cause [Doc. # 15] is DISCHARGED.

DATED: February 12, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE